UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD WILLIAMS (#93824)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 09-921-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated November 30, 2009 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 7th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA